```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  4/1/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
**VELASQUEZ**
                         **Plaintiffs,**

     v.                                  **1:21-cv-00048-ALC**
                                    **<u>ORDER</u>**

**CHARLOTTE JONES OPTICIANS, LLC ET AL.,**

                        **Defendants.**

------------------------------------------------------------------x

**ANDREW L. CARTER, JR., District Judge:**

      The parties are ORDERED to file a joint status report by April 15, 2021.

**SO ORDERED.**
**Dated: April 1, 2021**
       New York, New York

                                                    */s/ Andrew L. Carter*
                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**