USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/20/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
RICARDO VELASQUEZ,

                              Plaintiff,

  -against-

CHARLOTTE JONES OPTICIANS, LLC & 676 NINTH SUCCESSOR LLC,

                              Defendant.
-------------------------------------------------------------------- x

21-cv-48 (ALC)

**ORDER VACATING ORDER TO SHOW CAUSE**

**ANDREW L. CARTER, JR., District Judge:**

      The Court is in receipt of Plaintiff's June 30, 2021 letter noting the appearance of Defendant 676 Ninth Successor LLC in this case. ECF No. 22; *see also* ECF No. 20. The Court hereby vacates its April 23, 2021 Order to Show Cause why the action as against Defendant 676 Ninth Successor LLC should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. ECF No. 15.

**SO ORDERED.**

**Dated: July, 20, 2021**
       **New York, New York**

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**