LAW OFFICES OF NOLAN KLEIN, P.A.                    ATTORNEY

112 W. 34TH STREET, SUITE 1800
NEW YORK, NY 10034
PH: (646) 560-3230

633 S. ANDREWS AVE., SUITE 500
FORT LAUDERDALE, FL 33301
PH: (954) 745-0588

www.nklegal.com

Nolan K. Klein Esq.
klein@nklegal.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/23/21

July 22, 2021

**VIA ECF**
Honorable Magistrate Judge Barbara Moses
United States District Court
500 Pearl Street
New York, NY 10007

> Re:   *Velasquez v. Charlotte Jones Opticians, LLC, et al.*
>       *SDNY Case No.: 1:21-cv-00048*

Dear Judge Moses:

      This law firm represents the Defendants in connection with the above-captioned matter. An initial case management conference is scheduled for August 24, 2021 at 11:00 a.m.

      Counsel for Defendants has a scheduling conflict and is set to appear at a previously scheduled conference in another matter, on the same date and time. The case is Alfonso v. Mougis Logistics Corp., Southern District of New York, Case No. 21-cv-05302-LJL. As such, Defendants respectfully request that this Court adjourn the conference to an alternate date and time. This is our first request for an adjournment of this conference, and the request will not prejudice any parties or affect any other scheduled dates. Counsel for Plaintiff has no objection to the relief requested herein. The parties can propose the following alternate dates based upon their mutual availability for the conference: August 26, September 1, or September 2, 2021.

      We thank the Court for your time and consideration in this matter.

> Respectfully Submitted,
>
> **Law Offices of Nolan Klein, P.A.**
>
> By:  */s/ Nolan Klein*
>       NOLAN K. KLEIN, ESQ.

NKK/amd
cc: Ben-Zion Bradley Weitz, Esq. (via ECF)
    Robert Jonas Mirel, Esq. (via ECF)

---

Application GRANTED. The telephonic initial case management conference currently scheduled for August 24, 2021 is hereby ADJOURNED to **August 26, 2021, at 11:00 a.m.** SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
July 23, 2021