**LAW OFFICES OF NOLAN KLEIN, P.A.**          ATTORNE[

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__8/23/21__

112 W. 34TH STREET, SUITE 1800
NEW YORK, NY 10034
PH: (646) 560-3230

633 S. ANDREWS AVE., SUITE 500
FORT LAUDERDALE, FL 33301
PH: (954) 745-0588

# MEMO ENDORSED

www.nklegal.com

Nolan K. Klein Esq.
klein@nklegal.com

August 20, 2021

Application GRANTED. The telephonic initial case management conference currently scheduled for August 26, 2021 is hereby ADJOURNED to **September 2, 2021, at 11:00 a.m.** SO ORDERED.

Barbara Moses
United States Magistrate Judge
August 23, 2021

**VIA ECF**
Honorable Magistrate Judge Barbara Moses
United States District Court
500 Pearl Street
New York, NY 10007

　　　　Re:　　*Velasquez v. Charlotte Jones Opticians, LLC, et al.*
　　　　　　　*SDNY Case No.: 1:21-cv-00048*

Dear Judge Moses:

　　　　This law firm represents the Defendants in connection with the above-captioned matter. An initial case management conference is scheduled for August 26, 2021 at 11:00 a.m.

　　　　Counsel for Defendants has just been scheduled for a minor medical procedure on this date and will not be able to attend. As such, Counsel respectfully requests that this Court adjourn the conference to an alternate date and time. This is our second request for an adjournment of this conference, and the request will not prejudice any parties or affect any other scheduled dates. Counsel for Plaintiff has no objection to the relief requested herein. The parties can propose the following alternate dates based upon their mutual availability for the conference: September 1, 2021 (between the hours of 10:30 a.m. and 1:30 p.m.), or September 2, 2021 (between the hours of 11:00 a.m. and 3:00 p.m.).

　　　　We thank the Court for your time and consideration in this matter.

　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　**Law Offices of Nolan Klein, P.A.**

　　　　　　　　　　　　　　　　By: _/s/ Nolan Klein_____
　　　　　　　　　　　　　　　　　　NOLAN K. KLEIN, ESQ.

NKK/amd
cc: Ben-Zion Bradley Weitz, Esq. (via ECF)
　　Robert Jonas Mirel, Esq. (via ECF)