UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

    Plaintiff,

  -against-

CHARLOTTE JONES OPTICIANS, LLC, et al.,

    Defendants.



21-CV-0048 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    As discussed during today's telephonic status conference, it is hereby ORDERED that the parties shall appear for a further telephonic status conference on **January 25, 2022, at 10:00 a.m.** At that time, the parties are directed to dial (888) 557-8511 and enter access code 7746387#. It is further ORDERED that the parties shall submit a joint status update letter no later than **January 18, 2022**, apprising the Court of the status of discovery, including any outstanding discovery disputes, as well as their settlement efforts.

Dated: New York, New York
       November 30, 2021

                                         **SO ORDERED**.

                                         _____
                                         **BARBARA MOSES**
                                         **UNITED STATES MAGISTRATE JUDGE**