UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/25/2022

RICARDO VELASQUEZ,

                    **Plaintiff,**

             v.

CHARLOTTE JONES OPTICIANS, LLC ET AL.,

                    **Defendants.**

1:21-cv-48-ALC-BCM

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled (ECF No. 40), it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar, if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

**Dated:** 1/25/2022
        New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**